JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    - v. -      :  INDICTMENT

RAFAEL BARRIOS,      :  07 CRIM. 658

    Defendant.      :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.  On or about March 30, 2007, in the Southern District of New York, RAFAEL BARRIOS, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

## COUNT TWO

The Grand Jury further charges:

2.  On or about March 30, 2007, in the Southern District of New York, RAFAEL BARRIOS, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in the United States, namely, the offense charged in Count One of this Indictment, did use and carry

a firearm, and in furtherance of such crime, possessed a firearm, to wit, a loaded 9 millimeter semi-automatic pistol.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

RAFAEL BARRIOS,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 924(c)(1)(A)(i),
21 U.S.C. § 841(b)(1)(C))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*[handwritten:]* Post11-1-87
7/19/07
Filed 2nd,
Ellis J.