LAW OFFICES OF
**BRUCE A. BARKET, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketlawoffice.com

OF COUNSEL
ANDREA D. HOROWITZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

**MEMO ENDORSED**

September 27, 2007

RECEIVED
SEP 2 8 2007
CHAMBERS OF
DENISE COTE

**VIA OVERNIGHT MAIL**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:  **United States v. Rafael Barrios, Jr.**
     **Docket No. 07-CR-658**

Dear Judge Cote:

Our office represent **Rafael Barrios** in connection with the above referenced matter. This letter is sent to request this Court to allow defendant an opportunity to submit our Motion to Suppress, originally due, Friday, September 28, 2007 on Monday, October 1, 2007; and in turn allow the Government time to submit their response until October 9, 2007. AUSA David O'Neil has consented to our request for an extension in this matter.

The reason for our request is that access to relevant witnesses and supporting documents will not be available to us until this weekend. We thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact our office.

Respectfully Submitted,

BARKET & ANGELI, P.C.

By: _____
     Bruce A. Barket, Esq.

LR/bms

cc: David O'Neil (via facsimile)

*Granted.*
*Denise Cote*
*Sept. 28, 2007*