# PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE
PD 571-147 (Rev. 5/01)-Pent.

**B 130365 V**

**CATEGORY OF PROPERTY:** ☐ Rotation Tow (See Reverse Side of Yellow Copy) ☒ Forfeiture ☐ Safekeeping ☐ Photo-Release ☐ Arrest Evidence ☐ Investigation ☐ Determine True Owner

**DATE** 3/30 **YR** 2007 **Pct.** 042

**Arresting/Assigned Officer:** SAM, KEVIN **Rank:** P.O. **Shield No.:** 9403 **Tax Reg. No.:** — **Command:** BXTF

| Year of Veh. | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 2006 | chrysler | 300m | sedan | black | 2c3la63hx6h318912 |

**No. of Lic. Plates:** ☒ One ☐ Two ☐ None  **Lic. Plate No.:** uee89t  **State:** n.  **Certificate of Inspection Ser. No.:** n/a  **State Yr.:** —  **Veh./Boat Running:** ☐ Yes ☒ No  **Boat Found Adrift:** ☐ Yes ☒ No

**Item / Pct. Qty.:** No. Of Tires: 4  No. Of Air Bags: n/a  Battery: ☒ Yes ☐ No  Radio: ☐ AM ☒ AM/FM ☐ None  Other Sound Equip.: ☒ CD ☐ Cass ☐ None  Special Wheels: alloy  Wheel Covers: —  Keys With Vehicle: ☐ Ignition ☐ Trunk ☐ None

**Trunk:** ☐ Open ☒ Locked ☐ Broken  **Glove Compartment:** ☒ Open ☐ Locked ☐ Broken  **Exterior Condition:** ☒ Good ☐ Fair ☐ Poor ☐ Shell  **Interior:** ☒ Good ☐ Fair ☐ Poor

**Additional Equipment or Accessories:** speaker box in trunk

**List Missing or Damaged Parts (Indicate Which):** n/a

**Location Veh./Boat Obtained:** c/o e 169 st &prospect ave bx  **Time:** 2005  **Date:** 3/30/07  **Personal Property Removed:** ☒ Yes ☐ No  **Pr. Clk. Invoice No.:** N527940

**Alarm No.:** n/a  **Pct.:** 042  **Complaint No.:** 042-02613  **Date Trans.:** n/a  **Cancelled By:** n/a  **Date Cancelled:** n/a  **Time:** n/a  **N.A.T.B. NTFD.:** ☐ Yes ☒ No  **Inter-City Corres. Unit No.:** n/a

**Registered Owner Name:** barrios RAFAEL  **Address:** 4018 adams circle  **City:** hammonton  **State:** nj  **Zip Code:** 08037  **Telephone No.:** n/a

**Registered Owner Notified By:** P.O. SAM  **Rank:** P.O.  **Shield No.:** 9403  **Precinct:** 042  **Date:** 3/30/07  **Time:** 2005  **How Notified:** ☐ Letter ☐ Telephone ☐ Fax arrested

**Vehicle Taken From:** BARRIOS, RAFAEL  **Address:** 4018 adams circle  **City:** hammonton  **State:** nj  **Zip Code:** 08037  **Telephone No.:** n/a

**Prisoner's Last Name:** BARRIOS, RAFAEL  **First:** —  **Age:** 26  **Address:** 4018 adams circle  **City:** hammonton  **State:** nj  **Zip Code:** 08037  **No. of Pris.:** 01

**Date of Arrest:** 3/30/07  **Arrest No.:** B07626223  **Pct.:** 042  **Compl. No.:** 02613  **Pct.:** 042  **Charge:** criminal poss of control substance

**Double Tow:** ☐ Yes ☒ No

**Remarks:** THIS VEHICLE IS BEING FORFEITURED IN CONTECTION TO ARREST B07626223

☐ CHECK IF RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

**Arresting/Assigned Officer Signature:** [signature]  **Reviewing Supervisor:** [signature] Lamar  **Tax No.:** —  **Rank:** LT  **Date:** 3/31/07

**B 130365 V**

**DISTRIBUTION:** WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy   GREEN - Evidence Release/Investigation Copy   PINK - Prisoner/Claimant Receipt Copy

00029