**COMPLAINT/INFORMATION**

AA-600 (1/05)
No. 429434137-3

The People of The State of New York VS.

- Susp/Rev Check: ☐ Yes  No ☒
- Motorist Exhibited License: ☐ Yes  No ☒

Last Name: **BARRIOS**  First Name: **RAFAEL**  M.I.:

Street Address: **4018 ADAMS CIRCLE**  Apt. No.:

City: **HAMMONTON**  State: **NJ**  Zip Code: **08037**

ID Number: **BD664 63800 06802**  Date of Birth: **6/25/80**  Sex: **M**

Lic. State: **NJ**  Lic. Class or ID Type: **D**  Date Expires: **9/30/09**  Operator/Owns Vehicle: ☐ Yes  No ☒

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time: **805** PM  Date of Offense: **3/30/07**  County: **BX**  Precinct: **042**

Place of Occurrence: **c/o 2169 E Prospect Ave**

IN VIOLATION OF: **10-125**  Sub: **2B**  Penal: ☒

Description of Violation: **Open container of Alcohol**

Summoned to CRIMINAL COURT

Located at: **215 E 161 Street**  Part: **AR3**  County: **BX**

Date of Appearance: 9:30 a.m.  **6** day of **June** year **2007**

Rank & Signature of Complainant: **P.O. Sam K**

Complainant's Full Name (printed): **P.O. Sam K**  Command Code: **138**

Agency: **NYPD**  Squad: **G**  Tax Reg. No.: [redacted]