```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :    07 CR. 658 (DLC)
                                            :
            -v-                             :    ORDER
                                            :
RAFAEL BARRIOS,                             :
                                            :
                    Defendant.              :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-07

IT IS HEREBY ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, should be filed by **noon** on **November 19, 2007**. Two courtesy copies should be delivered to Chambers on the same day.

Dated:   New York, New York
         October 31, 2007

_____
DENISE COTE
United States District Judge