UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                 07 Cr. 658 (RPP)

          - against -

                                                                 **ORDER**

RAFAEL BARRIOS,

                      Defendant.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      In the interests of justice, time is excluded until the trial date of February 25, 2008, due to counsel's unavailability.

      IT IS SO ORDERED.

Dated:  New York, New York
           December 21, 2007

                                                      Robert P. Patterson, Jr.
                                                               U.S.D.J.

**Copy of this Order sent to:**

U.S. Attorney's Office, SDNY (St. Andrew's)
David Andrew O'Neil
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2533
Fax: (212)-637-2527

*Attorney for Defendant*
Bruce A. Barket
The Law Offices of Bruce A. Barket, P.C

66 Old Country Road, Suite 600
Garden City, NY 11530
(516) 745-0101
Fax: (516)745-0596