LAW OFFICES OF
**BRUCE A. BARKET, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketlawoffice.com

OF COUNSEL
ANDREA D. HOROWITZ

# MEMO ENDORSED February 20, 2008

**VIA FACSIMILE**                    (212) 805-7917

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/20/08

> Re:    **United States v. Rafael Barrios, Jr.**
>         **Docket No. 07-CR-658**

Dear Judge Patterson:

Our office represent *Rafael Barrios* in connection with the above referenced matter. This letter is sent to request The Court permission for our client to stay to the NYC area during the duration of his trial. This relocation would make it easier for Mr. Barrios to get to court during trial, rather than travel from his home which is about a three hour drive each way. Mr. Barrios would like to stay at the Holland Motor Lodge, located at 175 & 12th Street, Jersey City, NJ 07302. Our office has been informed by pretrial services that the conditions of curfew and electronic monitoring can not be enforced during Mr. Barrios' stay at the Holland Motor Lodge, as such they are requiring an Order signed by Your Honor granting said request.

We thank you in advance for your consideration and courtesy. If you should have any questions, please do not hesitate to contact the office.

Respectfully Submitted,

**BARKET & ANGELI, P.C.**

By:
Lenska Rodriguez
Legal Assistant

Application granted
So ordered

LR/bms

cc:    David O'Niel (via facsimile)
       Franco Furelli - 212-805-4152, fax-856-757-5110
       Rich Digiacomo - 856-757-5107, fax-212-805-4175