UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

*Rafael Barrios,*

*Defendant.*

ORDER OF REMAND

07 CR 658 (RPP)

**IT IS HEREBY ORDERED** that the above named defendant

is remanded to the custody of the United States Marshal for

the Southern District of New York.

Dated: New York, New York
*February 27 2008*

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

cc: U.S. Marshals

USDC COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  2/28/08