**BARKET & ANGELI, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

May 23, 2008



**VIA FACSIMILE**      (212) 805-7917

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Rafael Barrios, Jr.**
      Docket No. 07-CR-658

Dear Judge Patterson:

  Per my conversation with Robert, our office is writing to request an adjournment of the sentencing originally scheduled for Monday, June 2, 2008 at 4:00PM to some time in July. The reason for this request is that Ms. Angeli just received the probation report yesterday and needs time to prepare the sentencing memorandum, and further, is schedule to start trial on June 2, 2008 in the Eastern District of New York on the matter of USA v. Rodney Thomas.

  We thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact our office.

Respectfully Submitted,

BARKET & ANGELI, P.C.

By: _____
Lenska Rodriguez
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

LR/bms
cc: David O'Neil (via facsimile)

*Application granted in part
Sentencing adjourned to 6/30/08
at 4PM
So ordered
[signature] Robert P. Patterson*