**BARKET & ANGELI, P.C.**

*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

RECEIVED JUN 23 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

June 23, 2008

VIA FACSIMILE        (212) 805-7917

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Rafael Barrios, Jr.
      Docket No. 07-CR-658

Dear Judge Patterson:

    I am writing to request an adjournment, with the consent of AUSA David O'Neil, of the sentencing originally scheduled for Monday, June 30, 2008 at 3:00PM to Friday, July 18, 2008 at 2PM.

    The reason for this request is that I have just received the 2nd disclosure from the Department of Probation regarding Mr. Barrios, and as such, need additional time to prepare the Sentencing Memorandum. Also, while Toni Marie Angeli handled the trial, I will be assisting with the sentence. I am currently in the midst of preparation and negotiations with the Attorney General's office for a scheduled appearance in Suffolk County Court on June 30, 2008 on the matter of People v. Martin Tankleff. On that day the Attorney General will announce whether he will be retried. To date, they have not disclosed their intentions to us. Obviously we are working hard to urge them to dismiss. In addition, I just completed a murder trial in Brooklyn. Unfortunately, I will not be ready for the sentence on June 30th nor will I be able to appear on that date.

    I thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact my office.

Respectfully Submitted,

BARKET & ANGELI, P.C.

By: _____
    Bruce A. Barket, Esq.

*Application Granted*
*So ordered*
*Robert P. Patterson, USDJ*
*6/24/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

cc: David O'Neil (via facsimile)