RECEIVED JUL 16 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**BARKET & ANGELI, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

July 16, 2008

**VIA FACSIMILE**        (212) 805-7917

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Rafael Barrios, Jr.
    Docket No. 07-CR-658

Dear Judge Patterson:

I am writing to request an adjournment, with the consent of AUSA David O'Neil, of Mr. Barrios' sentencing originally scheduled for Friday, July 18, 2008 at 3:00PM to Friday, August 1, 2008 at 9:30AM.

The reason for this request is that I have not been able to review the probation report with my client yet, and will not be able to do so this week due to a murder hearing that I am conducting in Nassau County County Court on the matter of People v. Tanisha Floyd. I have also been unable to complete the sentencing memorandum and will be unable to do so until I meet with Mr. Barrios and go over the probation report with him.

I thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact my office.

Respectfully Submitted,

BARKET & ANGELI, P.C.

By: _____
    Bruce A. Barket, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

cc: David O'Neil (via facsimile)

*application granted. This is a final adjournment. So ordered.*
*Robert P. Patterson USDJ*
*7/17/08*