

**BARKET & ANGELI, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

**MEMO ENDORSED**

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

August 7, 2008

VIA FACSIMILE      (212) 805-7917

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

    Re:   **United States v. Rafael Barrios, Jr.**
            **Docket No. 07-CR-658**

Dear Judge Patterson:

    I am writing to request an adjournment, with the consent of AUSA David O'Neil, of Mr. Barrios' sentencing originally scheduled for Monday, August 11, 2008 to either the afternoon of Thursday, September 18, 2008 or Friday, September 19, 2008 or anytime on Thursday, September 25, 2008.

    The reason for this request is that trial counsel, Toni Marie Angeli, will be out of State on Monday, August 11, 2008 on a scheduled family trip and as such, will not be available to appear in court on said date. In addition, I have not yet been able to complete the objections and the downward departure motions.

    I thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact my office.

                            Respectfully Submitted,

                            BARKET & ANGELI, P.C.

                          By: _____
                              Bruce A. Barket, Esq.

cc: David O'Neil (via facsimile)

*[Handwritten endorsement:]* Application Denied w/o prejudice. The MDC and MCC are overcrowded. So ordered. R. P. Patterson 8/7/08