```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

**BARKET & ANGELI, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

RECEIVED
AUG - 8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

BRUCE A. BARKET
TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

August 8, 2008

**VIA FACSIMILE**          (212) 805-7917          **MEMO ENDORSED**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    <u>United States v. Rafael Barrios, Jr.</u>
           Docket No. 07-CR-658

Dear Judge Patterson:

    I am writing to request an adjournment, with the consent of AUSA David O'Neil, of Mr. Barrios' sentencing originally scheduled for Monday, August 11, 2008 to Thursday, August 21, 2008 at 3:00PM.

    The reason for this request is that trial counsel, Toni Marie Angeli, will be out of State on Monday, August 11, 2008 on a scheduled family trip and as such, will not be available to appear in court on said date. In addition, I have not yet been able to complete the objections and the downward departure motions.

    I thank you in advance for your time and consideration. If you should have any questions please do not hesitate to contact my office.

                              Respectfully Submitted,

                              **BARKET & ANGELI, P.C.**

                              By: _____
                                  Bruce A. Barket, Esq.

cc: David O'Neil (via facsimile)

*[Handwritten endorsement:] Application Denied. Sentencing will be held 8/25/08 at 10AM. So ordered. Robert P. Patterson, 8/8/08*