Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

United States Of America

Rafael Barrios, Jr.

Docket No.: 07-CR-658-01 (RPP)

Robert P. Patterson, Jr.
(District Court Judge)

Notice is hereby given that **Rafael Barrios, Jr.** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ____ ] _____
(specify)

entered in this action on 8/25/2008
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [✓]   Sentence only [ ]   Conviction and Sentence [ ]

Date 8/25/08
TO

Toni Marie Angeli
(Counsel for Appellant)

Address: 666 Old Country Road
Suite 600
Garden City, New York 11530

Telephone Number: (516) 745-0101

ADD ADDITIONAL PAGE (IF NECESSARY)

U.S. DISTRICT COURT FILED SEP 03 2008 S.D. OF N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[✓] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment  [ ] Funds [ ]  CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____    DATE 8/25/2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

**BARKET & ANGELI, P.C.**

*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketangeli.com

August 29, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Attn: Appeals**

           Re:    <u>USA v. Rafael Barrios, Jr.</u>
                   **Docket No.: 07-CR-658**

Dear Sir or Madam:

      We are not ordering minutes at this time. Our office already has all the minutes from the trial.

                                      Sincerely,

                                      BARKET & ANGELI

                                      Lenska Rodriguez
                                      Legal Assistant